STATE v. RAY THOMAS HAGLER.

(Filed 19 October, 1966.)

Larceny § 3—

An indictment charging larceny of goods by means of feloniously breaking and entering, charges a felony regardless of the value of the articles stolen.

APPEAL by defendant from *McLean, J.*, March 7, 1966 Regular Criminal Session, MECKLENBURG Superior Court.

This criminal prosecution was based upon a bill of indictment containing two counts. The first count charged the defendant and two others with the felonious breaking and entering into the dwelling house of Fred Parker with the intent to steal, take and carry away the merchandise, chattels, money, valuable securities of the value of more than $200.00 being kept therein. The second count charged that as a result of the felonious breaking and entering the three defendants did unlawfully and feloniously steal, take and carry away one 22-caliber rifle, model 66; one 22-caliber pistol, one Swift ham, two plaid shirts (Arrow), one pair gray pants size 32-32, one green top coat, one blue top coat, size 36, one Westinghouse iron, eight children's game sets, three sirloin steaks of the value of less than $200.00.

The State introduced evidence of the felonious breaking and entering into the Parker residence, the larceny of the specified articles therefrom, their return to the owners by the officers the day following the night of breaking. One of the neighbors saw a Chevrolet truck parked at the Parker home and three persons carrying bundles of clothing hurriedly enter the truck and drive away. The defendant Hagler was the driver. The officers went to the home of one of the other defendants the next morning and found the stolen articles. The defendant Hagler was in the house asleep.

Hagler, the other defendants, and Hagler's sister testified for the defendants. The jury returned this verdict:

> "The jury herein recorded find the defendant Ray Thomas Hagler Guilty of the charge of breaking and entering with intent to commit a felony therein, and Guilty of the charge of larceny of property resulting from breaking and entering as charged in the bill of indictment."

From a sentence of 9-10 years on each count, to run consecutively, the defendant Hagler appealed.

*T. W. Bruton, Attorney General, Andrew A. Vanore, Jr., Staff Attorney for the State.*
*T. O. Stennett for defendant appellant.*

PER CURIAM. The evidence for the State was sufficient to go to the jury on both counts in the indictment and to sustain the verdict. The second count in the bill charged the larceny of goods of the value of less than $200.00. However, the bill charged, and the jury found the larceny resulted from the felonious breaking. Hence the larceny under such conditions is a felony regardless of the value of the articles stolen. The maximum sentence on each count is ten years. The sentences did not exceed that maximum.

No error.